# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JM GODGREY,<br><br>      Petitioner,<br><br>   v.<br><br>WARDEN PVSP,<br><br>      Respondent. | Case No. 20-01381 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 30, 2020

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\01381Godfrey_judgment